*In re* **DUCEY**, Cornelius Thomas Jr. (MR 21234)
Belleville, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent is suspended from the practice of law for one year. Suspension effective October 9, 2007. Respondent Cornelius Thomas Ducey, Jr. shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.